# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 APR 21  A 11: 14
CLERK OF COURT

(Full name of plaintiff(s))

**Mark Witherspoon**

v.

(Full name of defendant(s))

**The Marek Group**

Case Number:

**26-C- 692**

(to be supplied by Clerk of Court)

A.     PARTIES

1.     Plaintiff is a citizen of **Wisconsin** and resides at
       (State)

       **1350 East Locust St. #601  53212**
       (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant _____
                                                        (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Marek Group W228 N821 westmound Waukesha WI 53186_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

The Marek Group in August of 2024 was violated I believe by supervisor (Jeremy Prizer) and vice president (Jim. Delical) while working for Marek for about 1½ yrs they hired 2 more guys doing the same Job as I was (driving) was only making 19.00 an hour they were hired @ 20⁰⁰ per hour. was told by Jim vice-president to wait until Nov. of 2024 To see what happens then. So I waited wasn't until Jan of 2025 got $1.00 raise which put me

Complaint – 2

even with the other guys. So I Felt I was ~~typed~~ Lied to about that. Now before they hired these 2 person. I was doing the Van routes in the Morning and Truck route in the afternoon by myself for about 8 months @ 19⁰⁰ per hour. after that while moving our warehouse from Waukesha to Sussex WI. one of the workers complained to Management that he was not making enough money and was going To quit if he didn't get a raise. and they gave it to him. Now both new hires where white, while I was the only Black man working in this department. Greg the older of the two people hired. Told me he got a Raise. this was in the Summer of 2025 I believe. So I went to the vice-president and asked about it was told the company was in a bind right now so could not get a raise. I ~~[struck]~~ Trained both new New drivers by the way. Greg was told by the vice president to split his raise with me if he had a problew with it. Felt very disrespected And hurt.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Well I would like them to First change their hiring process. and to look into everything I have written down its the truth. also I would Like all back wages Paid to me and also pain and Suffering. also would Like you To Know I missed only 1 maybe 2 days out of almost 3½ yrs of Working For them. Was very Loyal to Manek - been very hard for me since lost my Job. Also Fighting for work comp complaint because I got hurt on the Job. JAn 14-2024 Tried To work through it Until August 26th 2024.

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _April_ day of _21 st_ 20 _26_.

Respectfully Submitted,

_Mark Witherspoon_
Signature of Plaintiff

_414. 759. 0848_
Plaintiff's Telephone Number

_Mrkspoon610 gmail. Com_
Plaintiff's Email Address

_1350 East Locust St. # 601_

_Milwaukee, WI 53212_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee.
I have completed a Request to Proceed in District Court without Prepaying the
Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.

Complaint – 5